■ CHESTER COLOR SEPARATIONS, INC., et al., Appellants, v TREFOIL CAPITAL CORP. et al., Respondents. [636 NYS2d 613] —Order, Supreme Court, New York County (Myriam Altman, J.), entered November 3, 1993, which, *inter alia*, granted defendants' motion to dismiss plaintiffs' second cause of action for breach of fiduciary duty for failure to state a cause of action, unanimously affirmed, with costs.

The parties' debtor-creditor relationship was based upon arm's length transactions, including the mortgaging of real property. Defendants never occupied the kind of position of

trust with plaintiffs that would create a fiduciary relationship between them (*see*, *American Bank & Trust Co. v Lichtenstein*, 48 AD2d 790, 791, *affd* 39 NY2d 857; *Banque Nationale v 1567 Broadway Ownership Assocs.*, 214 AD2d 359). Therefore, the allegations, as pleaded in the complaint, failed to state a cause of action for breach of fiduciary duty. Concur—Ellerin, J. P., Rubin, Nardelli, Williams and Mazzarelli, JJ.